UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,         **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

       -against-

                                              -CR-   ( )( )

DAVID MONTERO.                                         20 Mag 10183

                                                Defendant(s).
-------------------------------------------------------------------X

Defendant __DAVID MONTERO__ hereby voluntarily consents to participate in the following proceeding via __x__ videoconferencing or __x__ teleconferencing:

__X__  Initial Appearance Before a Judicial Officer

____  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__  Bail/Detention Hearing

____  Conference Before a Judicial Officer

_DM by /RDW_                                    _[signature]_
Defendant's Signature                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

DAVID MONTERO                         RICHARD D. WILLSTATTER
Print Defendant's Name                      Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/23/2020                                   _Judith C. McCarthy_
Date                                           U.S. District Judge/U.S. Magistrate Judge