UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

David Montero

Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

7:20-cr-00518

Defendant David Montero hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☒ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel

/s/ David Montero
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

David Montero
Print Defendant's Name

Defendant's Counsel's Signature

Nelson De La Cruz
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/13/20
Date

U.S. District Judge/U.S. Magistrate Judge