UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA             :

        -v-                      :    ORDER

David Montery,
a/k/a "Monty,"                       :    20 Cr. 518 (NSR)

        Defendant.               :

- - - - - - - - - - - - - - - - - -X

    Upon the application of the Government, by and through AUSA Shiva H. Logarajah, it is hereby ORDERED that time until the next pre-trial conference in this matter on Nov. 12, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice, so that a *Curcio* hearing may be held and the Government may produce discovery to counsel for the Defendant.

    Clerk of Court is requested to terminate the motion at ECF No. 11.

Dated: White Plains, New York    SO ORDERED.
      Nov. 2, 2020

                                        HON. NELSON S. ROMÁN
                                        UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2020