UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

DAVID MONTERO,

        Defendant.

------------------------------------------------------x

**ORDER**

20 Cr.518 (NSR)

ROMÁN, U.S. District Judge:

The attorney ___Nelson De La Cruz___ privately retained to represent defendant is hereby ordered
          Attorney's Name

discharged and the representation of the defendant in the above captioned matter is assigned to

___Howard Tanner___ , CJA counsel.
    Attorney's Name

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
        January 21, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2021