```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────

UNITED STATES OF AMERICA,

   -against-

DAVID MONTERO,

                    Defendant.

No. 20-CR-518 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    Based on a review of the docket, the defendant is charged with felonies and wishes to enter a guilty plea pursuant to a negotiated plea agreement. In light of the ongoing Coronavirus Disease 2019 ("COVID-19") pandemic, Defendant's desire to resolve this matter without a trial as quickly as possible, and in order to comply with social distancing protocols and the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risks presented by COVID-19, the Court determines that to prevent serious harm to the interests of justice, Defendant David Montero can and should be permitted to plead guilty and the plea hearing can and should be held before a Magistrate Judge of this Court under the CARES Act § 15002(b)(2)(A).

    Accordingly, the Court ORDERS that the plea hearing for Defendant David Montero be conducted by video teleconference or by telephone conference (if video conference is unavailable) before this Court or a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned. The Clerk of Court is directed to terminate the motion at ECF No. 44.

Dated:   January 12, 2022
            White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge