**MEMO ENDORSED**

# TANNER & ORTEGA, L.L.P.
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

March 1, 2022

Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

By ECF and Email/PDF

> Deft's request for an adjournment is deemed withdrawn without prejudice to renewal. Clerk of Court is requested to terminate the motions (docs. 52 and 53).
> Dated: White Plains, NY
> Mar. 1, 2022
>
> **SO ORDERED:**
> /s/ Nelson S. Roman
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re: *United States v. David Montero*, 20 Cr. 518 (NSR)
Withdrawal of Request for Adjournment of Sentence

Dear Judge Roman:

I write to the Court to withdraw my prior application for adjournment of sentence (ECF Doc No. 52) currently scheduled for April 21, 2022 at 2:45 pm (alternate date of April 22, 2022 at 2:45 pm), as it was submitted in error.

I apologize for any inconvenience to the Court.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc: AUSA Shiva Logarajah (By ECF and Email/PDF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2022