**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 14, 2022

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    *United States v. David Montero*, 20 cr. 518 (NSR)

Dear Judge Román:

The Government respectfully requests that it be allowed to file its sentencing submission in this matter on June 20, 2022—two business days after the Court's deadline. Undersigned counsel in this matter is traveling overseas for another investigation and will not have access to the case file in this fact-rich matter.

The Government has conferred with counsel for the defendant, Howard Tanner, Esq., and he does not oppose this request.

---

The Govt's request for an extension of time until June 20, 2022 to file its sentencing Memo is GRANTED without objection by Defendant. Clerk of Court is requested to terminate the motion at ECF No. 61.
Dated: White Plains, NY
      June 14, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2022

The Honorable Nelson S. Román
June 14, 2022
Page 2 of 2

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney


By: s/_____
    Shiva H. Logarajah
    Assistant United States Attorney
    (914) 993-1918


cc:    Howard Tanner, counsel for defendant (by ECF)